# U.S. PROBATION OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

## PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Marcus D. Glover    **Docket Number:** 2:12-CR-00122-002

**Name of Sentencing Judicial Officer:** The Honorable R. Leon Jordan
United States District Judge

**Date of Original Sentence:** June 11, 2013

**Original Offense:** Conspiracy to Manufacture More Than Five Grams but Less Than 50 Grams of Methamphetamine

**Class:** B Felony    **Criminal History Category:** I

**Original Sentence:** 108 months imprisonment, followed by four (4) years supervised release

**Amended Sentence - December 7, 2016:** Pursuant to Title 18 U.S.C. § 3582(c)(2), reduced to 87 months imprisonment, followed by four (4) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** March 22, 2019

**Date Supervision Expires:** March 21, 2023

**Assistant U.S. Attorney:** Greg Bowman

**Defense Attorney:** Jonathan Cave

**Revocation Guideline Range:** 4-10 months    **Statutory Maximum:** 36 months

******************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

PETITION FOR WARRANT                                          Page 2
FOR OFFENDER UNDER SUPERVISION
Re: Marcus D. Glover                       Docket Number: 2:12-CR-00122-002

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition:** The defendant shall not commit another federal, state, or local crime. |
| 2 | **Special Condition:** The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as he is released from the program by the probation officer. |

On August 19, 2020, the offender reported to the vendor for a random/surprise drug screen via the Code-A-Phone referral system. While the drug screen was being conducted, the offender was observed with a device attached to his penis. The offender was confronted about the device, at which time he became agitated and left the vendor's location. He provided a sample, but the sample was not counted because the observer could not see a clear line and observed the device.

The offender's initial attempt to falsify the drug screen on August 19, 2020, would appear to be in violation of Title 18 U.S.C. § 1001, to falsify, conceal, or cover up by any trick, scheme, or device a material fact, and in violation of T.C.A. § 39-17-437, for a person to intentionally use, or possess with the intent to use, any substance or device designed to falsify the results of a drug test.

**Assessment of Flight/Danger and Bond Recommendation:** Based on the offender's attempt to falsify a drug screen and the offender abruptly leaving when confronted, it appears he is a danger to the community and himself and a risk of non-appearance. Therefore, this officer respectfully recommends he be detained pending a revocation hearing.

**Petitioning the Court to order:**

That a warrant be issued, and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

PROB12C(REVOKE) - 12/2006

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2020.

                                                Respectfully submitted,

*Jessica D. Earley* 2020.08.24 09:54:23 -04'00'

                                                Jessica D. Earley
                                                United States Probation Officer

APPROVED:

*Karrie L. Lasko*          08/24/2020

Karrie L. Lasko              Date
Supervising United States Probation Officer

JDE:glr

---

**ORDER OF COURT:**

A warrant is to be issued, and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This Petition is to be placed under seal until the defendant is arrested or appears in Court.

So ordered.

**ENTER.**

                                                s/ Leon Jordan

                                                **The Honorable R. Leon Jordan**
                                                **United States District Judge**